In the Matter of JOHN J. BRODERICK, Individually and as County Committeeman in the First Assembly District North West in the County of New York, etc., Appellant, against DAVID H. KNOTT, as Chairman or President of the County Committee of the Democratic Party of New York County, et al., Respondents, et al., Defendants.

Argued October 4, 1950; decided October 19, 1950.

*Emil K. Ellis, Abraham J. Heller, Jonas Ellis, Abraham Beital* and *Lawrence M. Saiewitz* for appellant.

*Jacob Markowitz, A. L. Sainer, Abraham J. Gellinoff* and *Robert James Frankel* for respondents.

Appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.